```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARLOS RUIZ FLOREZ,                          :
                                             :
                           Plaintiff,        :
                                             :            1:24-cv-6663-GHW
              -against-                      :
                                             :                 ORDER
WEST10WEST LLC,                              :
                                             :
                           Defendant.        :
                                             :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On September 20, 2024 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than October 4, 2024. Dkt. No. 18. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's September 20, 2024 order forthwith, and in no event later than October 24, 2024.

SO ORDERED.

Dated: October 10, 2024
New York, New York
                                                 _____
                                                      GREGORY H. WOODS
                                                    United States District Judge